United States District Court
Southern District of Texas
**ENTERED**
October 01, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. HEAVY MACHINERY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-280 |
| | § | |
| ALLSTATE INS. CO., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The motion for summary judgment filed by Allstate Insurance Company, (Docket Entry No. 33), is granted. The claims asserted by U.S. Heavy Machinery, LLC against Allstate Insurance Company are dismissed, with prejudice.

Each party will pay its own costs of court.

This is a final judgment.

SIGNED on October 1, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge